PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF TEXAS
**GALVESTON** DIVISION

United States Courts
Southern District of Texas
FILED

APR 19 2023

Nathan Ochsner, Clerk of Court

**CARNELL LOUIS DODSON #2261564**
Plaintiff's Name and ID Number

**STRINGFELLOW UNIT. 1200 F.M. 655. ROSHARON, TEXAS 77583**
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

**(WARDEN) ANTHONY PATRICK. STRINGFELLOW UNIT. 1200 F.M. 655; ROSHARON, TEXAS 77583**
Defendant's Name and Address

**(MEDICAL PROVIDER) ISLEAL DIVINE KIYUNI, STRINGFELLOW UNIT. 1200 F.M. 655; ROSHARON, TEXAS 7758**
Defendant's Name and Address

**(MAINTENANCE OFFICER) DEVON RICHARS. STRINGFELLOW UNIT. 1200 F.M. 655; ROSHARON, TEXAS 7758**
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and once copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 8, Federal Rules of Civil Procedure Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and once copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this even you must complete the application to proceed *in forma pauperis*, setting forth information to establish you inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of you inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send you complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: N/A
      2. Parties to previous lawsuit:
         Plaintiff(s) N/A
         Defendant(s) N/A
      3. Court: (If federal, name the district; if state, name the county.) N/A
      4. Cause number: N/A
      5. Name of judge to whom case was assigned: N/A
      6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
      7. Approximate date of disposition: N/A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: <u>STRINGFELLOW UNIT (TEXAS DEPARTMENT OF CRIMINAL JUSTICE</u>

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES    ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: <u>CARNELL LOUIS DODSON # 2261564 STRINGFELLOW UNIT. 1200 F.M. 655. Rd. ROSHARON, TEXAS 77583</u>

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: <u>ANTHONY PATRICK (WARDEN). STRINGFELLOW UNIT. 1200 F.M. 655 Rd ROSHARON, TEXAS 77583</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

<u>Gross negligence, Deliberately indifferent to Plaintiff's Rights and Safety, lack of staff Training</u>

Defendant #2: <u>ISREAL DIVINE KIYUANI (MEDICAL PROVIDER). STRINGFELLOW UNIT. 1200 F.M. 655 Rd Rosharon, TEXAS 77583</u>

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

<u>Deliberately indifferent to Plaintiff's Rights, Safety, and Medical Needs (Health), Medical Malpractice</u>

Defendant #3: <u>DEVON RICHARDS (MAINTENANCE OFFICER). STRINGFELLOW UNIT. 1200 F.M. 655 Rd Rosharon, TEXAS 77583</u>

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

<u>Gross negligence, Deliberately indifferent, ignored obvious maintenance hazard</u>

Defendant #4: <u>Ms. GRIFFIN (SAFETY OFFICER). STRINGFELLOW UNIT. 1200 F.M. 655 Rd Rosharon, TEXAS 77583</u>

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOU COMPLAINT.

Plaintiff (CARNELL LOUIS DODSON) was experiencing symptoms that were very similar to numerous other offenders at the Stringfellow Unit. That being, but not limited to, symptoms such as blood around his stool during bowel movements (initially). Yet later his symptoms progressed to issues such as diarrhea, heartburn, and kidney pain as well as abdominal constraint. Which led to the Plaintiff becoming worried it was a serious matter, hence there were alot of information being passed around among the population in the prison that the water is in fact contaminated. This occured the date of 2·1·23 as to when the Plaintiff became aware of what was being said.

Next Page →

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Punitive Damages in the amount of $500,000.00 per Defendant for a total of ($2 Million); Compensatory Damages in the amount of $200,000.00 per Defendant; all of Plaintiff's expenses in this sui; and anything else the Court deems as equitable and just.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Carnell Dodson

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#2261564, (can't recall previous T.D.C.J numbers

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?  — YES — NO N/A

Rev. 05/15

4

On the date of 2·4·23 (February 4TH, 2023) Plaintiff had written a request form to the Medical Department to be tested for H. Pylori. In that he did an extensive research about his symptoms to find out that it did in fact match the symptoms of the other offenders who had tested positive for H. pylori and claim it was due to the contaminated water.

Plaintiff was seen by Nurse Ojeyinka, Abiola on the date of 2·6·23 (February 6TH, 2023) and tested for H. Pylori. During his visit Plaintiff made Ms. Ojeyinka aware of the fact that prior to these symptoms he was dealing with the issue of blood surrounding his stool during bowel movements. And had requested medical attention for that matter as far back as 11·2·21 (November 2ND, 2021) and was seen by (Medical Provider) Isreal Divine Kiyuni. Where Nurse Kiyuni just accredited the matter to hemorrhoids and ordered the Plaintiff Hemorrhoidal Cream on the date of 11·5·21 (November 5TH, 2021) without any examination or observation. Nurse Ojeyinka assured Plaintiff that those symptoms were in fact related to H. pylori. And not long afterwards Plaintiff's results came back from his H. pylori test to reveal that he was positive for H. pylori. Meaning that he had been going untreated for this ailment and suffering the harm of it's effects for almost two years.

Plaintiff have witnessed multiple incidents where other inmates have filed grievances and even spoke with Warden Anthony Patrick, Safety Officer Ms. Griffin, and Maintenance Officer Devon Richards in relation to the water being contaminated. In which they were either met with unruly responses from either official or just given glossed over excuses. In which Plaintiff had been told unprofessional things when he had complained about the discoloration of the water in his cell. That being that Warden Patrick stated, "If you wasn't in prison you wouldn't have to drink the water.". And this took place during a walk through that he routinely did every once in a while where the safety officer and maintenance officer is required to walk with him. On that day, which was approximately between June 18TH, 2022 and June 29TH, 2022 the Maintenance Officer Devon Richards and Safety Officer Ms. Griffin only laughed at the Warden's statement instead of rising to the level of concern. There was never any alternative drinking water provided in the least nor any attempt to investigate the water issue on part of either Official to date.

All of this is inspite of the fact that by merely glancing at the water it's above and beyond noticeable that the water is brown and evidence pipe corrosion. Hence there have been a mettallic substance detected in the water by offenders and officers on several occaisions. Just as well, there have been complaints about the water by a mass majority and deaths have occurred. But these pleas are falling on deaf ears as this is taking place to this very date. 4·2·23 (April 2ND, 2023) as stated above

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date warning was issued: N/A

Executed on: 4.3.23
DATE

_Carnell Dodson_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments hereto are true and correct/
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand ever if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __3RD__ day of __April__, 20 __23__.
    (Day)           (month)         (year)

_Carnell Dodson_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15